UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Hong Jie Song et al., individually and on behalf of all other employees similarly situated,** | |
| Plaintiffs, | 1:20-cv-08624 (SDA) |
| -against- | ORDER SCHEDULING <u>**TELEPHONIC CONFERENCE**</u> |
| **TH NYC Restaurant 1 LLC et al.,** | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2022

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear for a telephone conference on Friday, February 25, 2022, at 12:00 p.m. EST to discuss the status of discovery, including Plaintiffs' delinquent responses to Defendants' discovery demands. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:     New York, New York
           February 23, 2022

_____
STEWART D. AARON
United States Magistrate Judge