UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hong Jie Song et al., individually and on behalf of all other employees similarly situated,

                Plaintiffs,

-against-

TH NYC Restaurant 1 LLC et al.,

                Defendants.

1:20-cv-08624 (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2022

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Pursuant to the Court's Order, dated February 24, 2022, the parties were required to file a joint letter regarding the status of discovery no later than April 18, 2022, (*see* 2/24/22 Order, ECF No. 42,) yet the parties have failed to comply with the Court's Order. No later than April 27, 2022, the parties shall file a joint letter regarding the status of discovery in compliance with the Court's 2/24/22 Order.

**SO ORDERED.**

Dated:      New York, New York
             April 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge