**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2022
```

April 25, 2022

SHAN ZHU, ESQ.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: szhu@hanglaw.com

**VIA E-MAIL**
Honorable Judge Stewart D. Aaron
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 100007

ENDORSEMENT:
No later than May 9, 2022, the parties shall file a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure along with a proposed form of judgment.
Dated: April 27, 2022

Re: **Song et al c. TH NYC Restaurant 1 LLC et al**
Case No. 1:20-cv-08624
*Notice of settlement*

Dear Hon. Judge Aaron,

This firm represents Plaintiffs in the above-referenced matter. I write jointly with Defendants to inform the Court that parties have settled this matter. Parties apologize for not filing a status letter timely.

Parties anticipate to finalize this settlement via rule 68 offer of judgment.

In light of the settlement, Parties jointly request the Court to adjourn all subsequent deadline *sine die* or otherwise terminate the underlying proceeding.

Thank you for Your Honor's assistance with this matter.

/s/ Shan Zhu
Shan Zhu, Esq.

*Counsel for Plaintiffs*