```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hong Jie Song et al., individually and on behalf of all other employees similarly situated,

                Plaintiffs,

-against-

TH NYC Restaurant 1 LLC et al.,

                Defendants.

1:20-cv-08624 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    No later than May 24, 2022, Plaintiffs shall file a Notice of Acceptance of Defendants' Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure along with a proposed form of judgment.

**SO ORDERED.**

Dated:    New York, New York
            May 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge