**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Hong Jie Song, Bai Sun, and Jing Guo,
*Individually and on*
*Behalf of All Other Employees Similarly*
*Situated*,

                              Plaintiff,

               v.

TH NYC Restaurant 1 LLC d/b/a Pinch Chinese, Xiang Tang a/k/a Sean Tang, Tao Li a/k/a "Tony" Li, Chang Gui Chen, and Ming Liang Chen,

                              Defendants.
----------------------------------------------------------------X

Case No: 1:20-cv-08624-SDA

**<u>JUDGMENT</u>**

       On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

       NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs, Hong Jie Song, Bai Sun, and Jing Guo, have judgment against Defendants TH NYC Restaurant 1 LLC d/b/a Pinch Chinese, Xiang Tang a/k/a Sean Tang, Tao Li a/k/a "Tony" Li, Chang Gui Chen, and Ming Liang Chen jointly and severally, in the amount of $110,000.00 (One Hundred and Ten Thousand Dollars and No Cents) which is inclusive of interest, attorney's fees and costs.

Dated: _____, 20____                                   SO ORDERED,

                                                                                  _____