```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Hong Jie Song, Bai Sun, and Jing Guo,
*Individually and on
Behalf of All Other Employees Similarly
Situated*,

                                  Plaintiff,

v.

TH NYC Restaurant 1 LLC d/b/a Pinch Chinese, Xiang Tang a/k/a Sean Tang, Tao Li a/k/a "Tony" Li, Chang Gui Chen, and Ming Liang Chen,

                                  Defendants.
-----------------------------------------------------------------X

Case No: 1:20-cv-08624-SDA

**JUDGMENT**

       On May 19, 2022, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

       NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs, Hong Jie Song, Bai Sun, and Jing Guo, have judgment against Defendants TH NYC Restaurant 1 LLC d/b/a Pinch Chinese, Xiang Tang a/k/a Sean Tang, Tao Li a/k/a "Tony" Li, Chang Gui Chen, and Ming Liang Chen jointly and severally, in the amount of $110,000.00 (One Hundred and Ten Thousand Dollars and No Cents) which is inclusive of interest, attorney's fees and costs.

Dated:   May 19  , 20 22

SO ORDERED,

*/s/ Stewart D. Aaron*